77 A.3d 1187

IN THE MATTER OF CHRISTOPHER WEST HYDE, AN ATTORNEY AT LAW (ATTORNEY NO. 031441987).

November 12, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–044, concluding that **CHRISTOPHER WEST HYDE** of **NEWTON,** who was admitted to the bar of this State in 1987, should be censured for violating *RPC* 5.5(a)(1) and *Rule* 1:28A–2(d) (practicing law while ineligible to do so), and good cause appearing;

It is ORDERED that **CHRISTOPHER WEST HYDE** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.